| | |
|---|---|
| 1 | KENNETH D. SULZER (SBN 120253) |
| | ksulzer@constangy.com |
| 2 | CONSTANGY, BROOKS, SMITH & PROPHETE, LLP |
| | 2029 Century Park East |
| 3 | Suite 1100 |
| | Los Angeles, CA 90067 |
| 4 | Telephone: 310.909.7775 |
| | Facsimile:  424.276.7410 |
| 5 | |
| | ERIC L. SAMORE (*pro hac vice*) |
| 6 | esamore@salawus.com |
| | SMITHAMUNDSEN LLC |
| 7 | 150 N. Michigan Avenue |
| | Suite 3300 |
| 8 | Chicago, IL 60601 |
| | Telephone:  312.894.3200 |
| 9 | Facsimile:  312.894.3210 |
| 10 | Attorneys for Defendant |
| | MERIT HEALTHCARE INTERNATIONAL, INC. |
| 11 | |
| | MARK J. GERAGOS (SBN 108325) |
| 12 | mark@geragos.com |
| | BEN J. MEISELAS (SBN 277412) |
| 13 | meiselas@geragos.com |
| | GERAGOS & GERAGOS |
| 14 | 644 South Figueroa Street |
| | Los Angeles, CA  90017-3411 |
| 15 | Telephone:  213.625.3900 |
| | Facsmile:  213.625.1600 |
| 16 | |
| | BRIAN J. WANCA (*pro hac vice*) |
| 17 | bwanca@andersonwanca.com |
| | ANDERSON + WANCA |
| 18 | 3701 Algonquin Road, Suite 760 |
| | Rolling Meadows, IL  60008 |
| 19 | Telephone: 847-368-1500 |
| | Fax:  847-368-1501 |
| 20 | |
| | Attorneys for Plaintiff |
| 21 | SANDUSKY WELLNESS CENTER, LLC |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDUSKY WELLNESS CENTER, LLC, an Ohio limited liability company, individually and as the representative of a class of similarly-situated persons, | Case No. 2:17-cv-07181-JFW |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL** |
| vs. | |

| | |
|---|---|
| 1 | MERIT HEALTHCARE INTERNATIONAL, INC., a California corporation, and JOHN DOES 1-5, |
| 2 | |
| 3 | Defendant. |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, SANDUSKY WELLNESS CENTER, LLC, through its undersigned attorneys, hereby dismisses this action: 1) with prejudice and without costs as to Defendant, MERIT HEALTHCARE INTERNATIONAL, INC.; and, 2) without prejudice and without costs as to the members of the putative class.

IT IS SO STIPULATED.

Dated: December 13, 2017

s/Brian J. Wanca
Brian J. Wanca
Anderson + Wanca
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501
bwanca@andersonwanca.com

Mark A. Geragos
Ben J. Meiselas
GERAGOS & GERAGOS
644 South Figueroa Street
Los Angeles, CA 90017-3411
Telephone: 213.625.3900
Facsmile: 213.625.1600

*Attorneys for Plaintiff Sandusky Wellness Center, LLC*

s/Eric L. Samore
Eric L. Samore
SmithAmundsen LLC
150 N. Michigan Ave., Suite #3300
Chicago, IL 60601
Telephone: 312-894-3200
Fax 312-894-3210
esamore@salawus.com

KENNETH D. SULZER (SBN 120253)
ksulzer@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 Century Park East
Suite 1100
Los Angeles, CA 90067
Telephone: 310.909.7775
Facsimile: 424.276.7410

*Attorneys for Defendant Merit Healthcare International, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of December, 2017, I filed the foregoing STIPULATION OF VOLUNTARY DISMISSAL electronically through the CM/ECF system that will serve electronic copies to the following:

| | |
|---|---|
| Mark A. Geragos<br>Ben J. Meiselas<br>GERAGOS & GERAGOS<br>644 South Figueroa Street<br>Los Angeles, CA 90017-3411 | *Attorneys for Plaintiff Sandusky Wellness Center, LLC*<br><br>Telephone: 213.625.3900<br>Facsmile: 213.625.1600 |
| Eric L. Samore<br>SmithAmundsen LLC<br>150 N. Michigan Ave., Suite #3300<br>Chicago, IL 60601 | *Attorneys for Defendant Merit Healthcare International, Inc.*<br><br>Telephone: 312-894-3200<br>Fax 312-894-3210<br>esamore@salawus.com |
| KENNETH D. SULZER<br>CONSTANGY, BROOKS, SMITH & PROPHETE, LLP<br>2029 Century Park East<br>Suite 1100<br>Los Angeles, CA 90067 | *Attorneys for Defendant Merit Healthcare International, Inc.*<br><br>Telephone: 310.909.7775<br>Facsimile: 424.276.7410<br>ksulzer@constangy.com |

/s/ Brian J. Wanca
Brian J. Wanca

1