**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDUSKY WELLNESS CENTER, LLC, an Ohio limited liability company, individually and as the representative of a class of similarly-situated persons,<br><br>        Plaintiff,<br><br>   vs.<br><br>MERIT HEALTHCARE INTERNATIONAL, INC., a California corporation, and JOHN DOES 1-5,<br><br>        Defendant. | Case No. 2:17-cv-07181-JFW<br><br>**ORDER OF DISMISSAL** |

The Court has reviewed the Stipulation of Voluntary Dismissal filed on December 13, 2017 and the Court hereby dismisses this action 1) with prejudice and without costs as to Defendant, MERIT HEALTHCARE INTERNATIONAL, INC.; and 2) without prejudice and without costs as to the members of the putative class.

IT IS SO ORDERED this 14th day of December, 2017.

_____
Hon. John F. Walter
United States District Judge